# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | HECTOR D. & CATALINA E. ARVIZU |
| **Case Number:** | 2:09-bk-09382-GBN   **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 17, 2009 01:30 PM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matter:

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK.(FR. 10-19)

**R / M #:**   13 / 0

## Appearances:

BERT L ROOS, ATTORNEY FOR HECTOR D. ARVIZU AND CATALINA E. ARVIZU (T)
LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

## Proceedings:

MR. MCDONALD INFORMS THE COURT THAT ON NOVEMBER 6TH HE WAS ADVISED THAT A LOAN MODIFICATION WAS DENIED.

MR. ROOS RESPONDS THAT HE WAS NOT AWARE OF THAT AND ADDS THAT HE THOUGHT THAT IT WAS ONGOING.

MR. MCDONALD RELATES THAT THERE IS NO SALE PENDING.

THE COURT: THERE IS NO LEGAL BASIS TO KEEP THE STAY IN PLACE. THE STAY WILL LIFT AND THE COURT WILL SIGN AN UPLOADED ORDER. THE COURT ASKS MR. MCDONALD TO HAVE HIS CLIENT RESPOND TO MR. AND MS. ARVIZU REGARDING THE LOAN MODIFICATION.