**ORDERED ACCORDINGLY.**

**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Dated: December 09, 2009



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-21026/0078871902

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-09382-GBN |
| Hector D. Arvizu, Sr. and Catalina E. Arvizu<br>Debtors. | Chapter 7 |
| Wells Fargo Bank, N.A.<br>    Movant,<br>    vs.<br>Hector D. Arvizu, Sr. and Catalina E. Arvizu,<br>Debtors; David A. Birdsell, Trustee.<br>    Respondents. | O R D E R<br>(Related to Docket # 13) |

This matter having come before the Court for a Preliminary Hearing on November 17, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Bert L. Roos, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated October 30, 2007, in the office of the Maricopa

County Recorder at wherein Wells Fargo Bank, N.A. is the current beneficiary and Hector D. Arvizu, Sr. and Catalina E. Arvizu have an interest in, further described as:

  LOT 22, INDEPENDENCE PARK UNIT ONE, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE MARICOPA COUNTY RECORDER IN BOOK 83 OF MAPS, PAGE 14.

  IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

  DATED this ___ day of _____, 2009.

                _____
                JUDGE OF THE U.S. BANKRUPTCY COURT